DENNIS A. CAMMARANO/BAR NO. 123662
JEREMY B. GARD/BAR NO. 269265
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff,
AGCS MARINE INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHREDALL, INC.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No.:1:12-CV-01935-SAB<br><br>**ORDER EXTENDING TIME TO DISCLOSE EXPERT WITNESS INFORMATION**<br><br>Old Date: August 13, 2013<br>New Date: October 1, 2013<br><br>Filed: November 29, 2012<br>Trial: January 28, 2014 |

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE SHOWN**,

IT IS HEREBY ORDERED that the pretrial scheduling order deadline to disclose expert witness information is extended from August 13, 2013 to October 1, 2013.

IT IS SO ORDERED.

　　Dated:   **August 1, 2013**　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE