DENNIS A. CAMMARANO/BAR NO. 123662
JEREMY B. GARD/BAR NO. 269265
CAMMARANO LAW GROUP
555 East Ocean Boulevard, Suite 501
Long Beach, California 90802
Telephone: (562) 495-9501
Facsimile: (562) 495-3674

Attorneys for Plaintiff,
AGCS MARINE INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>vs.<br><br>SHREDALL, INC.; and DOES 1 through 10 inclusive,<br>                    Defendants | Case No.: 1:12-cv-01935-SAB<br><br>ORDER FOR JUDGMENT ON STIPULATION |

Plaintiff, AGCS MARINE INSURANCE COMPANY ("AGCS") commenced this action via its complaint on file in this case. Defendant SHREDALL, INC. ("SHREDALL") has answered the complaint. Both parties are represented by counsel. Pursuant to the filed Stipulation for Judgment between

AGCS and SHREDALL, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Defendant SHREDALL admits liability to Plaintiff AGCS, on each cause of action asserted in the complaint, in the amount of $325,800, inclusive of pre-judgment interest.

2. Judgment shall be entered in this action without further order and without further notice in favor of Plaintiff AGCS and against Defendant SHREDALL in the amount of $325,800, including pre-judgment interest.

3. Per their stipulation, Plaintiff and Defendant SHREDALL waive all rights to appeal or otherwise challenge or contest the validity of this Judgment.

4. The court retains jurisdiction to enforce the terms of the Judgment.

IT IS SO ORDERED.

Dated: __**September 24, 2013**__         _____
                                            UNITED STATES MAGISTRATE JUDGE