# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGCS MARINE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>SHREDALL, INC.,<br><br>    Defendant. | Case No.  1:12-cv-01935-SAB<br><br>ORDER GRANTING REQUEST FOR CONTINUANCE OF DEBTOR'S EXAM<br><br>ECF NO. 27 |

On August 22, 2014, Plaintiff AGCS Marine Insurance Company ("Plaintiff") filed a request for a debtor's examination of Defendant/Judgment Debtor Shredall, Inc. ("Defendant") (ECF No. 25.)  The Court granted the request on August 25, 2014 and scheduled the debtor's examination to take place on October 29, 2014 at 10:00 a.m.  (ECF No. 26.)  On October 10, 2014, Plaintiff requested that the October 29, 2014 debtor's examination be vacated and continued to a later date because Plaintiff has been unable to locate and serve Defendant with the notice of the debtor's examination.  (ECF No. 27.)

Good cause having been demonstrated, it is HEREBY ORDERED that:

1. The debtor's examination scheduled for October 29, 2014 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone is VACATED; and

/ / /

1

2. The debtor's examination shall take place on December 17, 2014 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **October 14, 2014**

UNITED STATES MAGISTRATE JUDGE